ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 7 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA )
)
VS. )                    CASE NO.:  3:10-CR-307-M (01)
)
GERALD HOSKINS )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

GERALD HOSKINS, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th

Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty

to Count(s) 1 of the Indictment.  After cautioning and examining  GERALD HOSKINS under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis

in fact containing each of the essential elements of such offense. I therefore recommend that the plea

of guilty, and the plea agreement, be accepted, and that GERALD HOSKINS be adjudged guilty and

have sentence imposed accordingly.

Date:   June 7, 2011


PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE


### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).